# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Halfenger, Gerald M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, E.D. Wis. | 3. Date of Report<br><br>07/01/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse & Federal Building
Room 140
517 East Wisconsin Avenue
Milwaukee, WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | co-trustee | Chemical Bank, or its successor, as Trustee of the WisPACT Trust II for the benefit of ▮▮▮▮▮▮▮▮▮ , as amended (unfunded) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ███████ School District, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz NFJ Large Cap Value | | None | | | Sold | 03/06/17 | J | D | |
| 2. Blackrock Equity Dividend | A | Dividend | J | T | Sold (part) | 12/19/17 | J | A | |
| 3. Dodge & Cox Intl Stock | A | Dividend | K | T | Sold (part) | 03/06/17 | J | A | |
| 4. | | | | | Sold (part) | 12/19/17 | J | A | |
| 5. Franklin Fed Int-Term T/F Inc | A | Int./Div. | J | T | | | | | |
| 6. Fundamental Investors converted to American Fundamental Invs F3 | B | Int./Div. | K | T | Sold (part) | 12/21/17 | J | A | |
| 7. Harbor Capital Appreciation | A | Dividend | K | T | Sold (part) | 12/19/17 | J | A | |
| 8. Hotchkis & Wiley Mid Cap Val | A | Dividend | K | T | | | | | |
| 9. Invesco International Growth converted to Invesco INTL growth cl r6 | A | Dividend | K | T | | | | | |
| 10. Invesco Comstock Fd Cl Y converted to Invesco Comstock Cl R6 | A | Dividend | J | T | Sold (part) | 12/19/17 | J | A | |
| 11. Manning & Napier World Opp | A | Dividend | K | T | | | | | |
| 12. MFS Municipal Lim Maturity | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | |
| 13. (Franklin)Mutual Global Discovery Cl Z (same asset as line 71) | A | Dividend | L | T | | | | | |
| 14. T Rowe Price Summit Muni Inc Fd | A | Int./Div. | J | T | Buy (add'l) | 12/19/17 | J | | |
| 15. Thornburg Ltd term muni fund | A | Int./Div. | J | T | Buy (add'l) | 12/19/17 | J | | |
| 16. American Fund Tax Exempt Bond | A | Int./Div. | J | T | | | | | |
| 17. Columbia Acorn International | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Atlanta Cap SMID 1 | A | Dividend | J | T | Sold (part) | 12/19/17 | J | A | |
| 19. MFS Growth Fund Cl I | A | Dividend | J | T | Sold (part) | 12/19/17 | J | A | |
| 20. Primecap Odyssey stock fund | A | Dividend | J | T | Sold (part) | 12/19/17 | J | A | |
| 21. Voya 529 Age 16 Option Cl AR changed to Voya 529 Age 17 option CL AR | A | Int./Div. | M | T | | | | | |
| 22. Voya 529 Age 16 Option Cl C changed to Voya 529 Age 17 | A | Int./Div. | J | T | | | | | |
| 23. JP Morgan Fed Money | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | |
| 24. | | | | | Sold (part) | 01/09/17 | K | A | |
| 25. columbia small cap value ii | | None | | | Sold | 01/04/17 | K | B | |
| 26. Delaware US growth | | None | | | Sold | 01/04/17 | K | B | |
| 27. Dodge & Cox Stock | A | Dividend | J | T | Sold (part) | 12/19/17 | J | A | |
| 28. MFS Value | | None | | | Sold | 01/04/17 | K | A | |
| 29. Artisan Intl Value | | None | | | Sold | 01/04/17 | L | C | |
| 30. Euro Pacific Growth Fund Cl F1 | | None | | | Sold | 01/04/17 | L | B | |
| 31. (Franklin) Mutual Global Discovery Cl Z(SAME AS LINE 20) | | None | | | Sold | 01/04/17 | L | D | |
| 32. Oppenheimer Intl Growth | | None | | | Sold | 01/04/17 | L | B | |
| 33. T. Rowe Price Intl Discovery | | None | | | Sold | 01/04/17 | K | B | |
| 34. Dodge & Cox Income | | None | | | Sold | 01/04/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Core Bond | | None | | | Sold | 01/04/17 | M | A | |
| 36. SmallCap World Fund Cl A | A | Dividend | J | T | | | | | |
| 37. Invesco Growth & Income Fund A | | None | K | T | Sold (part) | 11/15/17 | K | B | |
| 38. Nike | A | Dividend | K | T | | | | | |
| 39. EdVest Wells Fargo Moderate Portfolio | A | Dividend | J | T | | | | | |
| 40. Walt Disney | A | Dividend | J | T | | | | | |
| 41. Putnam Multi-Cap Growth Fund-A | | None | J | T | | | | | |
| 42. Northwestern Mutual Whole Life Ins. | | None | L | T | | | | | |
| 43. Oppenheimer Champion Income Fund A | A | Dividend | J | T | | | | | |
| 44. PIMCO High Yield Instl | A | Interest | K | T | | | | | |
| 45. iShares Russell 1000 Value E TF | A | Dividend | K | T | Buy (add'l) | 03/09/17 | J | | |
| 46. iShares Russell 3000 ETF | A | Int./Div. | J | T | Buy | 03/09/17 | J | | |
| 47. Vangard Small Cap Value ETF | A | Dividend | J | T | Buy (add'l) | 03/09/17 | J | | |
| 48. iShares MSCI EAFE value ETF | A | Dividend | L | T | Sold (part) | 03/06/17 | J | A | |
| 49. American High-Income Muni Bd Cl F-2 converted to Amer High Inc F3 | A | Int./Div. | J | T | | | | | |
| 50. Dodge and Cox International Stock (same asset as lines 3-4) | A | Int./Div. | K | T | | | | | |
| 51. Tax Exempt Bond Fund of America F2 converted to Amer Fds Tax Ex F3 | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vangard Small Cap Growth | A | Dividend | J | T | | | | | |
| 53. Artisan Mid Cap Val Fd Adv Cl | | None | | | Sold | 01/14/17 | L | C | |
| 54. Brown Cap Mgmt Samll Co Fd | | None | | | Sold | 01/04/17 | K | B | |
| 55. Causeway Intl Value Fund | | None | | | Sold | 01/04/17 | K | A | |
| 56. DFA US Small Cap Value Fd | | None | | | Sold | 01/04/17 | K | D | |
| 57. iShares S&P Value ETF | A | Dividend | L | T | Buy (add'l) | 01/04/17 | L | | |
| 58. JP Morgan US Govt MMF | A | Dividend | J | T | Sold (part) | 01/04/17 | M | A | |
| 59. | | | | | Buy (add'l) | 01/04/17 | M | | |
| 60. iShares Russell 2000 ETF | A | Dividend | K | T | Buy (add'l) | 01/04/17 | K | | |
| 61. Vangard FTSE All-World Ex-US | A | Dividend | J | T | Buy (add'l) | 01/04/17 | K | | |
| 62. Bridge Bulider Core Bond | A | Int./Div. | M | T | Buy (add'l) | 01/04/17 | M | | |
| 63. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 64. Bridge Builder Large Value | A | Int./Div. | M | T | Buy (add'l) | 01/04/17 | M | | |
| 65. Bridge Builder Small Mid Value | A | Int./Div. | L | T | Buy (add'l) | 01/04/17 | K | | |
| 66. Bond Fund of America converted to American Funds of the BD of Amer. F3 | A | Int./Div. | L | T | Buy (add'l) | 01/04/17 | L | | |
| 67. | | | | | | | | | |
| 68. Bridge Builder Intl Equity | C | Int./Div. | N | T | Buy (add'l) | 01/04/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin Mutual Shares Cl Z converted to Franklin Mutual Shares CL R6 | A | Int./Div. | L | T | Buy (add'l) | 01/04/17 | L | | |
| 70. | | | | | | | | | |
| 71. Vangard FTSE Dev Mkts ETF | A | Dividend | K | T | Buy (add'l) | 01/04/17 | K | | |
| 72. | | | | | Sold (part) | 03/13/17 | J | A | |
| 73. Capital World Bd Fd converted to American Capital World Bond F3 | A | Int./Div. | K | T | Buy (add'l) | 01/04/17 | K | | |
| 74. | | | | | | | | | |
| 75. Bridge Builder Lg Growth | B | Dividend | M | T | Buy (add'l) | 01/04/17 | M | | |
| 76. PIMCO high yield fund Instl Cl | A | Int./Div. | K | T | Buy (add'l) | 01/04/17 | J | | |
| 77. | | | | | Sold (part) | 03/13/17 | J | | |
| 78. Bridge Builder Core Plus Bond | A | Int./Div. | M | T | Buy (add'l) | 01/04/17 | M | | |
| 79. Bridge Builder Small Mid Growth | A | Distribution | L | T | Buy (add'l) | 01/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: The WisPACT trust is an undfunded special needs trust. It contains no assets because it is established as a state-sponsored vehicle for a qualifying disabled person to receive inheritances and other gifts without jeopardizing the provision of necessary government benefits.

Part VII clarifications:

Lines 21 and 22 are funds in a 529 plan. The description of the plan changes to reflect the age of the beneficiary. The fund changed from 16 to 17 but the assets in the fund did not change.

The following mutual funds underwent a share-class conversion that did not change the holdings of the funds:

line 6 on 4/27/17

line 9 on 8/7/17

line 10 on 8/11/17

line 49 on 4/25/17

line 51 on 6/20/17

line 66 on 4/27/17

line 69 on 11/17/17

line 73 on 6/6/17

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 07/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald M. Halfenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544